IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GHASSAN K MSALAM,

    Petitioner,

  v.

NANCY ALCANTAR, et al.,

    Respondents.
                               /

No. 05-01881 CW

ORDER

On June 8, 2005, Respondents filed a Notice of Change of Law Requiring Transfer of Habeas Proceeding to the United States Court of Appeals for the Ninth Circuit. Petitioner shall respond to the Notice within one week of the date of this order; any reply by Respondents will be due three days later; thereafter, the matter will be deemed submitted on the papers.

      6/10/05                                             /s/ CLAUDIA WILKEN

Dated

                                                         CLAUDIA WILKEN
                                                         United States District Judge